UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JAMES TAMBONE and ROBERT HUSSEY, )<br>)<br>Defendants. )<br>) | No. 05-CIV-10247-NMG |

## NOTICE OF APPEARANCE

**TO THE CLERK AND ALL PARTIES OF RECORD:**

**Kindly** enter the appearance Frank A. Libby, Jr. as counsel to Robert Hussey in the above-captioned matter.

/s/ Frank A. Libby, Jr.
Frank A. Libby, Jr. (BBO No. 299100)
**KELLY, LIBBY & HOOPES, P.C.**
175 Federal Street
Boston, MA 02110
(617) 338-9300

Dated: February 28, 2005

## CERTIFICATE OF SERVICE

I, Frank A. Libby, Jr., hereby certify that, on the above date, a true copy of the above document was served, by first-class mail, postage pre-paid, upon all counsel of record in the above action.

/s/ Frank A. Libby, Jr.
Frank A. Libby, Jr.