UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiffs,<br>v.<br><br>JAMES TAMBONE and ROBERT HUSSEY,<br><br>        Defendants. | No. 05-10247-NMG |

## JOINT MOTION TO EXTEND TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS OR MOTIONS

NOW COMES Frank A. Libby, counsel for Defendant Robert Hussey, David Thomas, counsel for Defendant James Tambone, and Luke Cadigan, counsel for Plaintiff Securities and Exchange Commission (the "Parties"), and respectfully move that the deadline for filing responsive pleadings or motions be extended in the manner set forth below.

In support whereof, the Parties state as follows:

1.     Plaintiff filed its Complaint in the above-captioned action on February 9, 2005;

2.     Defendants' initial responses to the Complaint otherwise would be due twenty (20) days after acceptance of service;

3.     In light of the complexity of the matters raised in the Complaint, such an extension is reasonable and necessary;

4.     The Parties have discussed and have reached an agreement regarding the extension of time for filing responsive pleadings or motions;

NYA 714860.1

5.   The Parties have not previously requested an extension of time for Defendants' initial responsive pleadings or motions;

Wherefore, the Parties respectfully request that the deadline for filing responsive pleadings or motions be extended in the following manner:

1.   Defendants' deadline for serving their responsive pleadings or motions is extended to and including April 8, 2005; and

2.   In the event that either Defendant moves to dismiss the Complaint on that date, Plaintiff's response to any such motion will be served on or before May 9, 2005; and

3.   Defendants' reply memorandum to any such response by Plaintiff will be served on or before May 23, 2005.

WHEREFORE, the undersigned respectfully request that this Honorable Court extend the time within which responsive pleadings or motions must be filed.

Respectfully submitted,

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | KELLY, LIBBY & HOOPES, P.C. |
| By: /s/ Luke T. Cadigan | By: /s/ Frank A. Libby, Jr. |
|   Luke T. Cadigan (BBO # 561117) |   Frank A. Libby, Jr. (BBO # 299110) |
|   Celia Moore (BBO # 542136) | 175 Federal Street |
|   David London (BBO # 638289) | Boston, MA 02110 |
| 73 Tremont Street, Suite 600 | Tel.: (617) 338-9300 |
| Boston, MA 02108 | |
| Tel.: (617) 573-8919 (Cadigan) | |

NYA 714860.1

| *Attorneys for Plaintiffs* | *Of Counsel:* |
|---|---|
| GREENBERG TRAURIG, LLP | CLIFFORD CHANCE US LLP |
| By: /s/ David Thomas<br>    David Thomas (BBO # 640854)<br>One International Plaza<br>Boston, MA 02210-2600<br>Tel: 617-310-6000 | By: /s/ Warren L. Feldman<br>    Warren L. Feldman<br>    David Meister<br>    Wesley R. Powell<br>31 West 52nd Street<br>New York, NY 10019<br>Tel.: (212) 878-8000 |
| *Attorneys for Defendant James Tambone* | *Attorneys for Defendant Robert Hussey* |

DATED:  February 28, 2005

## L.R. 7.1 CERTIFICATION

I, Warren L. Feldman, hereby certify that prior to this day, I have conferred with the above named counsel for the Parties and pursuant to such discussions respectfully file this Joint Motion to Extend Time Within Which to File Responsive Pleadings.

/s/ Warren L. Feldman

Warren L. Feldman

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br>v.<br><br>JAMES TAMBONE and ROBERT HUSSEY,<br><br>Defendants. | No. 05-10247-NMG |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS**

    Counsel for Plaintiff and Defendants, having jointly moved for an extension of time for the filing of responsive pleadings, and good cause therefore being shown;

    IT IS HEREBY ORDERED that the Defendants' deadline for serving their responsive pleadings is extended to and including April 8, 2005;

    IT IS HEREBY ORDERED that in the event that either Defendant moves to dismiss the Complaint on that date, Plaintiff's response to any such motion will be served on or before May 9, 2005;

    IT IS HEREBY ORDERED that Defendants' reply memorandum to any such response by Plaintiff will be served on or before May 23, 2005.

FOR THIS COURT,

_____
Nathaniel M. Gorton
United States District Judge

February ___, 2005

NYA 714939.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br>v.<br><br>JAMES TAMBONE and ROBERT HUSSEY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 05-10247-NMG<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS OR MOTIONS**

Counsel for Plaintiff and Defendants, having jointly moved for an extension of time for the filing of responsive pleadings or motions, and good cause therefore being shown;

IT IS HEREBY ORDERED that the Defendants' deadline for serving their responsive pleadings or motions is extended to and including April 8, 2005;

IT IS HEREBY ORDERED that in the event that either Defendant moves to dismiss the Complaint on that date, Plaintiff's response to any such motion will be served on or before May 9, 2005;

IT IS HEREBY ORDERED that Defendants' reply memorandum to any such response by Plaintiff will be served on or before May 23, 2005.

FOR THIS COURT,

_____
Nathaniel M. Gorton
United States District Judge

February ___, 2005

NYA 714939.1