UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
**SECURITIES AND EXCHANGE**                    )
**COMMISSION**                                 )
                        **Plaintiffs,**        )
                                              )
            **v.**                             )        **No. 05-CIV-10247-NMG**
                                              )
**JAMES TAMBONE and ROBERT HUSSEY,**           )
                                              )
                        **Defendants.**        )
_____)


**NOTICE OF APPEARANCE**

**TO THE CLERK AND ALL PARTIES OF RECORD:**

**Kindly** enter the appearance Douglas S. Brooks as counsel to Robert Hussey in

the above-captioned matter.

                                  /s/ Douglas S. Brooks_____
                                  Douglas S. Brooks (BBO No.636697)
                                  **KELLY, LIBBY & HOOPES, P.C.**
                                  175 Federal Street
                                  Boston, MA 02110
                                  (617) 338-9300


Dated: March 13, 2005

CERTIFICATE OF SERVICE

        I, Douglas S. Brooks., hereby certify that, on the above date, a true copy of the
above document was served, by first-class mail, postage pre-paid, upon all counsel of
record in the above action.

                                  /s/ Douglas S. Brooks_____
                                  Douglas S. Brooks