UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES TAMBONE and ROBERT HUSSEY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. 05-10247-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Defendant Robert Hussey hereby moves this Court to grant David Meister, Warren L. Feldman, Wesley R. Powell, James P. Loonam, and John S. Marco leave to appear and practice in this Court *pro hac vice*. As grounds for this motion, Defendant Robert Hussey states as follows:

1. Frank A. Libby, Jr., a partner at Kelly, Libby & Hoopes, P.C., is a member in good standing of the Bar of the Supreme Judicial Court of the Commonwealth of Massachusetts and of the Bar of the United States District Court for the District of Massachusetts. Mr. Libby has filed an appearance in this action.

2. David Meister, Warren L. Feldman, Wesley R. Powell, James P. Loonam, and John S. Marco are attorneys with the law firm of Clifford Chance US LLP, 31 West 52nd Street, New York, New York 10019.

NYA 715206.1

  3. David Meister, Warren L. Feldman, Wesley R. Powell, James P. Loonam, and John S. Marco are not members of the Massachusetts Bar or the Bar of the United States District Court for the District of Massachusetts.

  4. David Meister, Warren L. Feldman, Wesley R. Powell, James P. Loonam, and John S. Marco have met the requirements to practice in the United States District Court for the District of Massachusetts, as set forth in L.R. 83.5.3.  *See* Certificate of Good Standing issued by the United State District Court for the Southern District of New York for David Meister (attached hereto as Exhibit A); Certificate of Good Standing issued by the United State District Court for the Southern District of New York for Warren L. Feldman (attached hereto as Exhibit B); Certificate of Good Standing issued by the United State District Court for the Southern District of New York for Wesley R. Powell (attached hereto as Exhibit C); Certificate of Good Standing issued by the United State District Court for the Southern District of New York for James P. Loonam (attached hereto as Exhibit D); and Certificate of Good Standing issued by the United State District Court for the Southern District of New York for John S. Marco (attached hereto as Exhibit E)

WHEREFORE, Defendant Robert Hussey respectfully requests that this Court grant this motion to admit David Meister, Warren L. Feldman, Wesley R. Powell, James P. Loonam, and John S. Marco *pro hac vice*.

          Respectfully submitted,

          Defendant Robert Hussey

          By his attorneys,

          /s/   Frank A. Libby_____
          Frank A. Libby, Jr. (BBO # 299100)
          Kelly, Libby & Hoopes
          175 Federal Street
          Boston, MA 02110
          (617) 338-9300
          (617) 338-9911 (fax)

Dated: March 11, 2005

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

    I, Douglas S. Brooks, hereby certify pursuant to Local Rule 7.1(a)(2) that I have conferred with counsel for plaintiff Securities and Exchange Commission and that plaintiff assents to this motion.

          /s/   Douglas S. Brooks_____

3

**EXHIBIT A**

<u>CERTIFICATE OF DAVID MEISTER</u>

I, David Meister, hereby certify as follows:

1. I am an attorney at the law firm of Clifford Chance US LLP, which is located at 31 West 52nd Street, New York, NY 10019.

2. I have been admitted to practice in the following jurisdictions: United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States District Court for the Middle District of Pennsylvania, United States District Court for the District of Colorado, United States Court of Appeals for the Second Circuit, Third Circuit, Tenth Circuit and Eleventh Circuit.

3. I am an attorney in good standing in all of the above jurisdictions.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury, this 2nd day of March, 2005.

                                                        /s/ David Meister
                                                        David Meister

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon,__ Clerk of this Court, certify that

__DAVID MEISTER__, Bar # __DM0942__

was duly admitted to practice in this Court on

__MAY 31ST, 1988__, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York   on   MARCH 1ST, 2005

__J. Michael McMahon__   by   _____
Clerk                              Deputy Clerk

**EXHIBIT B**

## CERTIFICATE OF WARREN L. FELDMAN

I, Warren L. Feldman, hereby certify as follows:

1. I am an attorney at the law firm of Clifford Chance US LLP, which is located at 31 West 52nd Street, New York, NY 10019.

2. I have been admitted to practice in the following jurisdictions: United States Supreme Court, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, and United States Court of Appeals for the Second Circuit, Fifth Circuit and Eleventh Circuit.

3. I am an attorney in good standing in all of the above jurisdictions.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury, this 2nd day of March, 2005.

                                                                  /s/ Warren L. Feldman
                                                                   Warren L. Feldman

# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱
## 𝔖𝔬𝔲𝔱𝔥𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔑𝔢𝔴 𝔜𝔬𝔯𝔨

## Certificate of Good Standing

I, __J. Michael McMahon,__ Clerk of this Court, certify that

__WARREN L. FELDMAN__, Bar # __WF4705__

was duly admitted to practice in this Court on

__MAY 25TH, 1984__, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
New York, New York     on   MARCH 1ST, 2005

__J. Michael McMahon__     by   _[signature]_
Clerk                            Deputy Clerk

**EXHIBIT C**

## CERTIFICATE OF WESLEY R. POWELL

I, Wesley R. Powell, hereby certify as follows:

1. I am an attorney at the law firm of Clifford Chance US LLP, which is located at 31 West 52nd Street, New York, NY 10019.

2. I have been admitted to practice in the following jurisdictions: States of New York and California, United States Court of Appeals for the Second Circuit, United States District Court for the Southern, Eastern, and Northern Districts of New York, District of Colorado, and the Northern District of California.

3. I am an attorney in good standing in all of the above jurisdictions.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury, this 7th day of March, 2005.

/s/ Wesley R. Powell
Wesley R. Powell

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon,__ Clerk of this Court, certify that

__WESLEY R. POWELL__, Bar # __WP7857__

was duly admitted to practice in this Court on

__JANUARY 17TH, 1996__, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
           New York, New York         on      MARCH 1ST, 2005

__J. Michael McMahon__   by   _[signature]_
       Clerk                      Deputy Clerk

**EXHIBIT D**

CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon,__ Clerk of this Court, certify that

__JAMES PATRICK LOONAM__, Bar # __JL2793__

was duly admitted to practice in this Court on

__JANUARY 6TH, 2004__, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York      on      MARCH 1ST, 2005

__J. Michael McMahon__      by  _[signature]_
Clerk                              Deputy Clerk

## CERTIFICATE OF JAMES P. LOONAM

I, James P. Loonam, hereby certify as follows:

1. I am an attorney at the law firm of Clifford Chance US LLP, which is located at 31 West 52nd Street, New York, New York 10019.

2. I have been admitted to practice in the following jurisdiction: United States District Court for the Southern District of New York.

3. I am an attorney in good standing in the above jurisdiction.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury, this 10th day of March, 2005.

/s/ James P. Loonam
James P. Loonam

NYA 715122.1

**EXHIBIT E**

## CERTIFICATE OF JOHN S. MARCO

I, John S. Marco, hereby certify as follows:

1. I am an attorney at the law firm of Clifford Chance US LLP, which is located at 31 West 52nd Street, New York, NY 10019.

2. I have been admitted to practice in the following jurisdictions: United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York.

3. I am an attorney in good standing in all of the above jurisdictions.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury, this 2nd day of March, 2005.

                                               /s/ John S. Marco
                                             John S. Marco

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon,__ Clerk of this Court, certify that

__JOHN S. MARCO__ , Bar # __JM8040__

was duly admitted to practice in this Court on

__JULY 31ST, 2003__ , and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
New York, New York            on    MARCH 1ST, 2005

__J. Michael McMahon__    by  _[signature]_
Clerk                           Deputy Clerk