UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 05-10247-NMG |
| v. | : | |
| JAMES TAMBONE and ROBERT HUSSEY, | : | |
| Defendants. | : | |

### ASSENTED-TO MOTION BY SEC TO
### EXTEND DEADLINES FOR REPSONSIVE PLEADINGS OR MOTIONS

Plaintiff Securities and Exchange Commission (the "SEC") respectfully moves that the deadlines set for the filing of responsive pleadings or motions and for the filing of memoranda in opposition or reply be extended by a week each. In support of this motion, the SEC states:

1. The SEC joined the Defendants Robert Hussey and James Tambone (the "Defendants") in the parties' initial motion to extend the deadlines for the filing of Defendants' responsive pleadings or motions.

2. A conflict that has arisen in the schedule for SEC counsel, making a further one-week extension for all deadlines reasonable and necessary.

3. The Defendants have not yet filed their responsive pleadings or motions and are not scheduled to do so until nine (9) days from today.

3. Commission counsel has discussed an extension of deadlines with Defendants' respective counsel, who have assented to this extension.

4. The extension would move the deadline for service of (a) Defendants' responsive pleadings and motions from April 8, 2005 to April 15, 2005; (b) the Commission's response to any motion filed from May 9, 2005, to May 16, 2005; and (c) Defendants' reply memoranda from May 23, 2005, to May 31, 2005.

Wherefore, the Commission respectfully requests that the deadlines for the filing of responsive pleadings and motions and for the briefing of any motions be extended as follows:

A. Defendants' deadline for serving their responsive pleadings or motions is extended to and including April 15, 2005;

B. In the event that either Defendant moves to dismiss the Complaint, the Commission's response to any such motion will be served on or before May 16, 2005; and

C. Defendants' reply memoranda to any such response by the Commission will be served on or before May 31, 2005.

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

By its attorneys,

_____**/s/**_____
Luke T. Cadigan
  Senior Trial Counsel (BBO# 561117)
Celia Moore
  Deputy Asst. Dist. Administrator (BBO# 542136)
David London
  Senior Counsel (BBO# 638289)
73 Tremont Street, Suite 600
Boston, Massachusetts
(617) 573-8919 (Cadigan)
(617) 424-5940 (Facsimile)

Dated: March 30, 2005


SO ORDERED.


_____
Nathaniel M. Gorton, U.S.D.J.

Dated:

## CERTIFICATE OF SERVICE

I certify that on March 30, 2005, I caused a copy of the foregoing to be served by the Court's Electronic Case Filing (ECF) system and by first-class mail upon the following counsel:

**Counsel for Robert Hussey**
Warren Feldman
David Meister, Esq.
Wesley R. Powell, Esq.
Clifford Chance
21 West 52nd Street
New York, NY 10019-6131
212-878-8136

Frank A. Libby, Jr.
175 Federal Street
Boston, MA 02110
617-338-9300

**Counsel for James Tambone**
John Pappalardo, Esq.
John Sten, Esq.
David G. Thomas, Esq.
Greenberg Traurig
1 International Place
Boston, MA 02110
617-310-6000

_____/s/_____
Luke T. Cadigan