UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                        Plaintiff,<br>v.<br><br>JAMES TAMBONE and<br>ROBERT HUSSEY,<br>                        Defendants. | CIVIL ACTION<br>NO. 05-10247-NMG |

## **DEFENDANT ROBERT HUSSEY'S MOTION TO DISMISS THE COMPLAINT**

The Defendant Robert Hussey hereby moves to dismiss the Complaint in the above-captioned action pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), on the grounds that the Complaint fails to plead allegations of fraud with particularity and fails to state a claim upon which relief can be granted by this Court.

In support of this Motion, the Defendant Robert Hussey submits the accompanying Memorandum of Law.

WHEREFORE, Defendant Robert Hussey respectfully moves this honorable Court to enter an order dismissing the Complaint with prejudice under Fed. R. Civ. P. 9(b) and 12(b)(6).

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendant Robert Hussey believes that oral argument may assist the Court in resolving this Motion and hereby requests oral argument.

ROBERT HUSSEY,
By his attorneys,

___/s/ Frank A. Libby Jr.___
Frank A. Libby, Jr. (BBO # 299110)
Douglas S. Brooks (BBO # 636697)

Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, MA 02110
Tel.: (617) 338-9300

*Of Counsel:*

Warren L. Feldman (admitted *pro hac vice*)
David Meister (admitted *pro hac vice*)
Wesley R. Powell (admitted *pro hac vice*)
James P. Loonam (admitted *pro hac vice*)

Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
Tel.: (212) 878-8000

Dated: April 15, 2005

LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Wesley R. Powell, hereby certify that prior to this day, I have conferred with counsel for Plaintiff and attempted in good faith to resolve or narrow the issues presented in this Motion.

___/s/ Wesley R. Powell___

Wesley R. Powell

NYA 728128.1