UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States Securities & Exchange Commission,
         Plaintiff

V.

James Tambone and Robert Hussey,
         Defendants

CIVIL ACTION

NO.  05-10247-NMG

## ORDER OF DISMISSAL

GORTON, D. J.

In accordance with the Court's Memorandum and Order dated  1/27/06  granting defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

1/27/06
Date

/s/ Craig J. Nicewicz
Deputy Clerk

(Dismmemo.ord - 09/92)                                            [odism.]