UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : CIVIL ACTION |
| | : NO. 05-10247-NMG |
| v. | : |
| JAMES TAMBONE and ROBERT HUSSEY, | : TRIAL BY JURY |
| | : DEMANDED |
| Defendants. | : |

### SECURITIES AND EXCHANGE COMMISSION'S
### NOTICE OF CHANGE OF ADDRESS

To the Clerk of this Court and all parties of record:

Please note that the Boston District Office of the Securities and Exchange Commission has relocated. As of February 27, 2006, the new address is:

> 33 Arch Street
> 23rd floor
> Boston, MA 02110-1424

The new facsimile number is 617-573-4590. The telephone numbers remain the same.

1

>Respectfully submitted,
>
>SECURITIES AND EXCHANGE COMMISSION
>
>By its attorneys,
>
>/s/ Luke Cadigan
>Luke T. Cadigan
>  Senior Trial Counsel (BBO# 561117)
>Celia Moore
>  Deputy Asst. Dist. Administrator (BBO# 542136)
>David London
>  Senior Counsel (BBO# 638289)
>33 Arch Street, 23rd Floor
>Boston, Massachusetts 02110
>(617) 573-8919 (Cadigan)
>(617) 573-4590 (Facsimile)

Dated: March 13, 2006

## CERTIFICATE OF SERVICE

I certify that on March 13, 2006, I caused a copy of the foregoing to be served by the Court's Electronic Case Filing (ECF) system, or where noted, by first-class mail, upon the following counsel.

**Counsel for Robert Hussey**
Warren Feldman, Esq.
David Meister, Esq.
Wesley R. Powell, Esq.
Michelle E. Williams, Esq.
James P. Loonam, Esq.
John S. Marco, Esq.
Clifford Chance
21 West 52nd Street
New York, NY 10019-6131
212-878-8136

Frank A. Libby, Jr., Esq.
Douglas S. Brooks, Esq.
Kelly, Libby & Hoopes, PC
175 Federal Street
Boston, MA 02110
617-338-9300

**Counsel for James Tambone**
John Pappalardo, Esq. (by first-class mail)
John Sten, Esq. (by first-class mail)
Gina Dines Holness, Esq. (by first-class mail)
David G. Thomas, Esq.
Greenberg Traurig
1 International Place
Boston, MA 02110
617-310-6000

_____
Luke T. Cadigan