UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : : Plaintiff, : : v. : : JAMES TAMBONE and : ROBERT HUSSEY, : : Defendants. : : | CIVIL ACTION NO. 05-10247-NMG |

THE COMMISSION'S MOTION FOR RELIEF FROM
JUDGMENT OR ORDER PURSUANT TO FED. R. CIV. P. 60(b)

Pursuant to Fed. R. Civ. P. 60(b), Plaintiff Securities and Exchange Commission (the "Commission") respectfully moves for relief from the Court's Order dated January 27, 2006 (the "Order"). More specifically, for the reasons set forth in its memorandum in support of this motion, the Commission moves that the Court vacate the Order dismissing the instant action so that it may be granted leave to file its amended complaint, which has already been submitted to the Court.

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

*/s/ Luke Cadigan*

Luke T. Cadigan
  Senior Trial Counsel (BBO# 561117)
Celia Moore
  Deputy Asst. Dist. Administrator (BBO# 542136)
David London
  Senior Counsel (BBO# 638289)
 33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
(617) 573-8919 (Cadigan)
(617) 573-5940 (Facsimile)

Dated: March 22, 2006

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issues that are the subject of this motion.

*/s/ Luke Cadigan*
Luke T. Cadigan
Dated: March 22, 2006

## CERTIFICATE OF SERVICE

I certify that on March 22, 2006, I caused a copy of the foregoing to be served by the Court's Electronic Case Filing (ECF) system, or where noted, by first-class mail, upon the following counsel.

**Counsel for Robert Hussey**
Warren Feldman, Esq.
David Meister, Esq.
Wesley R. Powell, Esq.
Michelle E. Williams, Esq.
James P. Loonam, Esq.
John S. Marco, Esq.
Clifford Chance
21 West 52nd Street
New York, NY 10019-6131
212-878-8136

Frank A. Libby, Jr., Esq.
Douglas S. Brooks, Esq.
Kelly, Libby & Hoopes, PC
175 Federal Street
Boston, MA 02110
617-338-9300

**Counsel for James Tambone**
John Pappalardo, Esq. (by first-class mail)
John Sten, Esq. (by first-class mail)
Gina Dines Holness, Esq. (by first-class mail)
David G. Thomas, Esq.
Greenberg Traurig
1 International Place
Boston, MA 02110
617-310-6000

*/s/ Luke Cadigan*
Luke T. Cadigan